# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Hood, Joseph M | 2. Court or Organization<br><br>E.D. KY. | 3. Date of Report<br><br>05/06/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>P.O. Box 2227<br>Lexington, KY 40588-2227 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Director | ████████████ |
| 2.   Board of Managers | Diederich Educational Trust |
| 3.   Director | Federal Judges Accociation |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 19 A 10: 00 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Joseph M | 05/06/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | ▬▬▬▬ Substitute Teacher |
| 2. | 2007 | Proctor |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FREE | 8/12/07-8/16/07 | Gallatin Gateway, MT | Non-FJC Educational Prgm | Housing, Travel & Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Joseph M | 05/06/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Joseph M | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fifth Third Bank, Lexington, KY Checking | | None | J | T | | | | | |
| 2. Fifth Third Bank, Lexington Certificate (Y) | | | | | | | | | |
| 3. AG Edwards - Single ███ | | | | | | | | | |
| 4. -Centennial Money Market | A | Dividend | J | T | | | | | |
| 5. -FT Interneatonal Port #6, First Trust #955 (Y) | A | Dividend | | | Redemption | 04-17 | J | | |
| 6. -FT Basic Materials, First Trust #936 (X) (Y) | | | | | Sell | 1-12 | J | A | |
| 7. -FT INDL Port SA, First Trust #956 (X) (Y) | | | | | Sell | 1-12 | J | A | |
| 8. -Amer Funds US Govvt Sec (Y) | A | Dividend | | | Sell | 8-10 | J | A | |
| 9. -Amer Funds Bd Fund of Amer (Y) | A | Dividend | | | Sell | 8-10 | J | A | |
| 10. -Amer Funds Capital Funds Income (Y) | A | Dividend | | | Sell | 9-27 | J | A | |
| 11. -Amer Funds Capital Funds Income (Y) | A | Dividend | | | Sell | 6-25 | J | A | |
| 12. -Amer Funds Capital Funds Income (Y) | | | | | Sell | 9-27 | J | A | |
| 13. -Amer Funds Euro Pacific | A | Dividend | J | T | Sell part | 4-11 | J | A | |
| 14. -Amer Funds Euro Pacific | | | | | Sell part | 5-23 | J | A | |
| 15. -Amer Funds Euro Pacific | | | | | Sell part | 8-20 | J | A | |
| 16. -Amer Funds Growth Fund of Amer | B | Dividend | K | T | Sell part | 4-11 | J | A | |
| 17. -Amer Funds Growth Fund of Amer | | | | | Sell part | 5-23 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Joseph M | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Amer Funds Growth Fund of Amer | | | | | Buy part | 12-12 | J | | |
| 19.   -Amer Funds Invmt Co of America | A | Dividend | J | T | Sell part | 9-27 | J | A | |
| 20.   -Amer Funds New Economy | A | Dividend | J | T | | | | | |
| 21.   -Amer Funds Small Cap World | A | Dividend | J | T | Sell part | 4-11 | J | A | |
| 22.   -Amer Funds Small Cap World | | | | | Sell part | 5-23 | J | A | |
| 23.   -Amer Funds Small Cap World | | | | | Sell part | 6-25 | J | A | |
| 24.   -Amer Funds Small Cap World | | | | | Sell part | 8-20 | J | A | |
| 25.   -Amer Funds Small Cap World | | | | | Buy part | 12-12 | J | | |
| 26.   -Amer Funds Tax Exempt Bd Fund (Y) | A | Dividend | | | Sell | 5-22 | J | A | |
| 27.   -Amer Funds Washington Mutual | A | Dividend | J | T | Sell part | 4-11 | J | A | |
| 28.   -Amer Funds Washington Mutual | | | | | Sell part | 8-20 | J | A | |
| 29.   -Amer Funds Washington Mutual | | | | | Sell part | 12-17 | J | A | |
| 30.   Metlife Invs Ins Co Ins Prod | | None | J | T | | | | | |
| 31.   John Hancock Life Ins Co | | None | L | T | | | | | |
| 32.   Lincoln National Life Ins Co | | None | J | T | | | | | |
| 33.   IRA #1 | | | K | T | | | | | |
| 34.   -Centennial Money Market (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Joseph M | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Amer Funds US Govvt Sec | | | | | | | | | |
| 36.  -Amer Funds High Income Trust | | | | | | | | | |
| 37.  -Amer Funds Bd Fund of Amer | | | | | | | | | |
| 38.  -Amer Funds Growth Fund of Amer | | | | | | | | | |
| 39.  -Amer Funds Intm Bd Fund of Amer | | | | | | | | | |
| 40.  -Amer Funds Washington Mutual | | | | | | | | | |
| 41.  IRA #2 | | | K | T | | | | | |
| 42.  -Centennial Money Market (X) | | | | | | | | | |
| 43.  -Amer Funds US Govvt Sec | | | | | | | | | |
| 44.  -Amer Funds High Income Trust | | | | | | | | | |
| 45.  -Amer Funds Bd Fund of Amer | | | | | | | | | |
| 46.  -Amer Funds Growth Fund of Amer | | | | | | | | | |
| 47.  -Amer Funds Intm Bd Fund of Amer | | | | | | | | | |
| 48.  -Amer Funds Washington Mutual | | | | | | | | | |
| 49.  A G Edwards - Estate | | None | K | T | | | | | |
| 50.  -Centennial Money MKT | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Joseph M | 05/06/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544